UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:14-cr-92-T-24JSS

MARIO FUERTES
_____/

**ORDER**

THIS MATTER is before the Court on Defendant's Construed Motion for Disbursement of Bond. (Dkt. 190.) On March 26, 2014, Defendant, Mario Fuertes, appeared in the U.S. District Court for the Southern District of Florida and was granted pretrial release subject to conditions. (Dkts. 9, 10.) Specifically, as a condition of his pretrial release, Defendant filed a $5,000 appearance cash bond. (Dkts. 10, 19.) On June 29, 2015, Defendant was found guilty and received his sentence. (Dkts. 140, 143.) As a result of Defendant being sentenced, all of his bond obligations have been satisfied. Accordingly, it is **ORDERED** that Defendant's Construed Motion for Disbursement of Bond (Dkt. 190) is **GRANTED**. The bond obligations of Defendant are hereby discharged. The Clerk of Court is directed to return the cash bond in the amount of $5,000 plus interest to Defendant. Defendant is directed to specify the payee of the funds and provide the address where the funds should be mailed.

**DONE** and **ORDERED** in Tampa, Florida, on May 18, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Defendant, Mario Fuertes